# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| LEWIS B. BARBEE, | Case No. CV 08-3011-JFW (JWJ) |
|     Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| STEVE COOLEY, L.A. County District Attorney, | |
|     Respondent. | |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

    IT IS ORDERED that a Judgment be entered dismssing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.

///
///
///
///

1 | IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2 | this Order and the Judgment of this date on petitioner.

4 | DATED:  August 29, 2008

```
                                    _____
                                    JOHN F. WALTER
                                    United States District Judge
```